359 A.2d 903
MECCHIA et ux., et al.
v.
LEBANON MUTUAL·INSURANCE COMPANY,
Appellant.

Argued November 19, 1975. Arthur Bloom, with him Feldstein, Bloom, Grinberg, Stein & McKee, for appellant; Louis M. Tarasi, Jr., with him Terry C. Cavanaugh, for appellee.

Judgment and order affirmed.

359 A.2d 899
ROBINSON, Appellant,
v.
INDOVINA.

Argued April 14, 1976. Charles E. Evans, with him Sikov & Love, for appellant; Richard Kotarba, with him Charles Kirshner, for appellee.

OPINION PER CURIAM: Order and judgment affirmed.

HOFFMAN and SPAETH, JJ., dissent and would award a new trial as to damages.